# United States District Court

Central Division for the District of Utah

FILED
U.S. DISTRICT
2006 JUN 30
DISTRICT
BY: _____
        DEPUTY

LESTER JON RUSTON

v.

CHURCH OF JESUS CHRIST OF

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Judge Dee Benson
DECK TYPE: Civil
DATE STAMP: 06/30/2006 @ 09:10:04
CASE NUMBER: 2:06CV00526 DB

Having considered the application to proceed without prepayment of fees under 28 U.S.C. 1915;

IT IS ORDERED that the application is:

☒   GRANTED.

   ☒   The clerk is directed to file the complaint

☐   DENIED, for the following reasons:

ENTER this 29th day of June, 2006.

_____
Signature of Judicial Officer

Samuel Alba, Chief U.S. Magistrate Judge
*Name and Title of Judicial Officer*