IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| LESTER JON RUSTON, | § | RECEIVED CLERK<br>JUN 15 2006<br>U.S. DISTRICT COURT<br>FILED<br>U.S. DISTRICT COURT |
| Plaintiff, | § | 2006 JUN 30 A 9:03 |
| vs. | § | COMPLAINT   DISTRICT OF UTAH |
| CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS "THE MORMONS" | § | JURY TRIAL DEMANDED<br>BY:_____<br>DEPUTY CLERK |
| GORDON B. HINCKLEY,<br>VICTOR JAMES RUSTON<br>MARGARET ELIZABETH RUSTON | § | CIVIL ACTION NO. _____ |
| JERRY HENDERSON<br>ALLISON RUSTON-SMITH<br>MEL CHADWICK | § | Judge Dee Benson<br>DECK TYPE: Civil |
| KENT ROBERTSON<br>IAN JAMES RUSTON | § | DATE STAMP: 06/30/2006 @ 09:10:04<br>CASE NUMBER: 2:06CV00526 DB |
| BRAD OATES<br>LARRY K. HERCULES | § | |
| | § | |
| Defendants, | | |

Preliminary Statement:

This is a civil rights complaint by Lester Jon Ruston #26834-177, who is a civil detainee, held under an alleged unlawful civil commitment, pursuant to Title 18 U.S.C. § 4241(d), due to the allegations of "fact" in this matter, by acts of fraud, deceit, misrepresentation, abuse of process and legal and medical malpractice by the Defendants, in alleged criminal violation of Title 18 U.S.C. §§§§ 241, 242, 1961 and 1962. Plaintiff seeks declaratory and injunctive relief, pursuant to Title 42 U.S.C. § 1983, due to an ongoing conspiracy by the Defendants to violate the civil, constitutional and statutory rights of the Plaintiff. Plaintiff also alleges the torts of assault and battery, stalking, interstate stalking, slander, libel, conspiracy to commit kidnapping and attempted murder, conspiracy to commit misprision of a felony and "torture" (Title 18 U.S.C. § 2340).

Jurisdiction:

1. The Court has jurisdiction over the Plaintiff's claims of the violation of Federal Constitutional rights under 28 U.S.C. §§ 1331 and 1343.

2. The Court has supplemental jurisdiction under 28 U.S.C. § 1391, as the main listed Defendant resides in and does "business" in this District, and all actions commenced in and were orchestrated from this District.

3. The Court has additional supplemental jurisdiction, pursuant to Title 28 U.S.C. § 1332 "diversity of jurisdiction". The Court has additional supplemental jurisdiction over the injunctive relief requested pursuant to Title 28 U.S.C. § 2283 & 2284 and has jurisdiction over the declaratory relief requested above pursuant to Title 28 U.S.C. § 2201 & 2202.

4. The Court has additional supplemental jurisdiction under Title 28 U.S.C. § 1361 as the Defendants have openly conspired with Federal "Officials" in this matter, to allegedly violate Federal laws and Federally protected Constitutional rights.

Parties:

5. The Plaintiff is a pre-trial civil detainee, held under an alleged unlawful "civil" commitment, in the custody of the Attorney General by multiple fraudulent documents filed in the Northern District of Texas, Dallas Division, in alleged criminal violation of Title 18 U.S.C. § 1623 by the Defendants, and multiple co-conspirators. Plaintiff is in imminent danger of serious physical injury, has had multiple attempts made to murder him, and is now being threatened with "forced medication", due to a conspiracy by the Defendants. Said "imminent danger" is public record, and irrefutable, as clearly ruled in Ruston v. Justice Department, 06-0224 RMU D.C. District Court (see U.S. v. Ruston, 3:04-CR-191-G N.D. Tex., Dallas Division). The Federal Courts have clearly ruled "forced medication" is "battery" in the matter **Bee v. Greaves, 744 F.2d 1387**. Further, the 5th Circuit has clearly ruled that a Plaintiff can proceed I.F.P. if he alleges "imminent danger" at the time of filing a complaint pursuant to Title 28 U.S.C. § 1915(g), which Plaintiff asserts now. Said "fact" is clearly shown in **Banos v. O' Guin, 144 F.3d 883, 884 (5th Cir. 1998)**. Further, said "imminent danger" is "public record" in Ruston v. Dorr, 06-3171-CV-S-DW-P Western District of Missouri, Southern Division.

6. Defendants are a non-profit business, operating as a religious organization. Plaintiff alleges they are a brainwashing "cult" masquerading as a religion, for criminal purposes, in alleged violation of Title 18 U.S.C. §§ 1961, 1962 and 2381. They may be served with process at 50 East North Temple, Salt Lake City, Utah 85150. They are sued in their individual and official capacities.

Facts:

7. On or about the 1950's, Defendant Jerry Henderson began a lifelong pattern of "brainwashing" Defendant Victor James Ruston, which is ongoing to this filing, to join the Mormon Church, which began in Cape Town, South Africa.

8. Defendant Henderson did then convince Defendants Margaret and Victor Ruston (Plaintiff's parents), to move to Salt Lake City, Utah on or about 1956, to engage in their religious practices.

9. On or about 1957, the Defendants engaged in a conspiracy to "force" the Plaintiff into their ranks, to begin a lifelong system of "torture", which is ongoing to this filing. Further, Defendants began a conspiracy to violate the Constitutional rights of the Plaintiff, which is ongoing to this filing.

10. On or about 1965, Defendants Margaret and Victor Ruston did conspire with multiple unknown Defendants co-conspirators to commit unnecessary surgury on the Plaintiff, to commit "torture", in retaliation for a betwetting problem by the Plaintiff. Said surgery is on records at Primary Childrens Hospital in Salt Lake City. Said co-conspirators did so to commit alleged insurance fraud on Defendant Victor Ruston's insurance carrier, their "modus operandi" of organized crime.

11. That on or about 1969, the Defendants committed the exact same fraud, by doing the exact same surgery at Presbyterian Hospital in Kansas City, Missouri, to commit continued "torture" of the Plaintiff and sexual mutilation of the Plaintiff's penis, due to the brainwashing of Defendant's Margaret and Victor Ruston by Defendant Jerry Henderson.

12. On or about 1977, the Plaintiff rejected all the brainwashing of the Defendant's, and began to live independently of his parents and family. Defendants retaliated by conspiring with "Mormons" in Torrance, California, to attempt to make Plaintiff go on a "Mormon Mission", to continue their "brainwashing" of Plaintiff. Plaintiff rejected this conspiracy and left California and the co-conspirators, one of whom was attempting to have an adulterous affair with the Plaintiff's mother, Defendant Margaret Ruston, while serving on a "Mormon Mission" in Broomfield, Colorado. Said "act" led to divorce of

Defendants Victor and Margaret Ruston, and Plaintiff assisting in moving Defendant Margaret Ruston to Dallas, Texas.

13. On or about May of 1995, Plaintiff becamse baptised as a "born again Christian" with his son, Brett Ruston, on record at Willow Bend Church in Plano, Texas.

14. Following Plaintiff's Christian experiences, the Defendants, by and through Defendants Allison Ruston-Smith and Ian James Ruston conspired with Defendant Mel Chadwick to destroy Plaintiff's 1st Amendment right to freedom of religion, in alleged criminal violation of Title 18 U.S.C. § 241.

15. On or about 1998, Plaintiff became a high profile litigant in Collin County, Texas in the matter Plano I.S.D. v. Ruston, 380-786-98 in District Court 380, Collin County, Texas. Defendant Mel Chadwick used this suit as an excuse to "brainwash" Defendants Allison Ruston-Smith and Ian James Ruston, Plaintiff's brother and sister, to convince Plaintiff it was due to his rejection of the "Mormon" faith (cult). Said Defendants did then conspire with Plano I.S.D.'s lawfirm to steal all of Plaintiff's property from his apartment, following Plaintiff's jailing on false charges by Plano ISD officials.

16. On or about September of 1998, the Defendants did conspire to "kidnap" Plaintiff's son Brett, move him into Defendant Allison Ruston-Smiths house and "brainwash" him into the Mormon "cult". Plaintiff was jailed during this time frame on false charges, aided and abetted by the Defendants. When Plaintiff was released from jail, Defendants "tortured" Plaintiff, denied him his property back, and told Plaintiff's son to say he was insane, for rejecting their insane teachings and beliefs, which include a God that allegedly lives on "Planet Kolob" with multiple wives, and that African American "negro" people are inferior human beings.

17. On or about February of 1999, the Defendants Allison Ruston-Smith and Ian James Ruston did conspire to violate the Texas Health and Safety Code with Defendants Mel Chadwick and Collin County, Texas officials by illegally committing the Plaintiff to the Wichita Falls Texas State Hospital, in criminal violation of the Texas Health and Safety Code and Title 18 U.S.C. § 241. Motive is all the allegations of fact contained in paragraph's one through sixteen. Said "fact" is public record in Ruston v. United States, 05-3243-CV-S-RED-P Western District of Missouri, Southern Division, a Title 28 U.S.C. § 2241 Writ of Habeas Corpus.

18. On or about the Spring and Summer of 1999, Defendant Brad Oates was told to act as a "liason" by the Defendants to the Plaintiff, and attempt to excuse their insane behavior. He stated to the Plaintiff that they were possessed by Satan.

19. On or about 2000, Plaintiff sued his sister in Precinct One, Place One, Dallas County, to attempt to retrieve funds for all the property she stole with Defendant Ian James Ruston and her married lover, Rick Rolland, which she claims is allright, despite what is commonly known as adulerty. Defendant Margaret Ruston also claims it is "allright". When confronted about theft, Defendant Ian James Ruston did commit assault with battery on the Plaintiff, which is "public record" in multiple Court filings by the Plaintiff, as a direct result of his "brainwashing" by the Defendants, "Mormons". Defendant Ian James Ruston was dealing and doing drugs this entire episode, which is encouraged by the Defendants, to assist in their criminal enterprises.

20. On or about 2000, Defendant Larry K. Hercules, of the "Mormons" filed fraudulent paperwork with a State Court, in answer to the Plaintiff's civil actions, and committed libel and slander, to aid and abett felony theft, which is "public record" in Ruston v. Trans-Tech Services, Ruston v. Rolland Safe Company and Ruston v. Dallas Compressor, all cases defended by Defendant Larry K. Hercules, who aided and abetted assault, battery, felony theft, narcotics trafficking and mutliple constitutional rights violations, modus operandi of the Mormons.

21. On or about 2001, Defendants Allison Ruston-Smith, Ian James Ruston and Margaret Ruston conspired with U.S. Secret Service Agent Jeffrey Don Elmore to tender false documents to a Federal Court, in alleged criminal violation of Title 18 U.S.C. § 1623, which is "public record" in U.S. v. Ruston, 3:01-CR-178-X, dismissed, an attempted "railroad" to cover up all allegations of "fact" contained in paragraphs one through nineteen. Senator Orrin Hatch of the Defendants did openly conspire to obstruct the actions of the Defendants, which is witnessed by Senator Edward M. Kennedy, sitting on the Senate Judiciary Committee, who assisted the Plaintiff in complaints on former Federal Judge Joe Kendall, who presided over this attempted "railroad".

22. On or about 2002, Plaintiff was "stalked" and has his privacy invaded on multiple occasions by the Defendants, along with government officials, most notably the United States Secret Service (see Ruston v. United States, 3:06-CV-238-L N.D. Texas, Dallas Division). Defendant Allison Ruston-Smith conspired to aid and abett these acts, to cover up her acts of felony theft. Plaintiff was arrested, again, on a false charge in September of 2002, and two attempts were made to murder the Plaintiff in the Dallas County Jail, as witnessed by Dallas County MHMR "liason" Joe Jackson, and also at the Vernon State Hospital, where Plaintiff was illegally Court committed, to cover up all the allegations of "fact" contained in paragraphs one through twenty one. Defendants "motive" is Plaintiff's very truthful reports to the media about the insanity of the Mormon "cult". Said "facts" are "public record" in Ex-Parte Ruston X05-1200-L in District Court # 5, Dallas County, Texas.

23. Following Plaintiff's defeat of this attempted "railroad", Plaintiff contacted Defendant Kent Robertson, who contacted the Defendants headquarters in Salt Lake City, to seek Plaintiff's "records". Despite multiple requests to be removed from the Defendants records, Plaintiff is still listed as a member, to be stalking and harassed, and "tortured" at will by the Defendants, in violation of his 1st, 4th, 5th, 6th, 8th and 14th Amendment rights pursuant to the U.S. Constitution.

24. In early 2004, Defendant Allison Ruston-Smith contacted Plaintiff's son, and conspired to have Plaintiff's son steal and impede Plaintiff's mail, to obstruct Plaintiff's legal work, to cover up all of her insanity and crimes committed against the Plaintiff, aided and abetted by Kent Robertson, who was a "Bishop" of Dallas 6th Ward of the Defendants.

25. In May of 2004, Plaintiff was stalked, and multiple attempts were made to murder Plaintiff by an unknown African-American male, last known address 4804 Haverwood Lane #826, Dallas, Texas 75287, as duly reported to Dallas Police Lt. Bill Humphrey and his Detectives, and 9-11 records. Plaintiff accused Irma Carillo Ramirez, a U.S. Magistrate Judge of being involved in said crime, and was arrested and charged with threatening to assault and murder Ramirez, and has been held without any Constitutional rights for two years on a perjured arrest affidavit, aided and abetted by the Defendants with F.B.I. Special Agent James K. Ellis. The Defendants have conspired to infiltrate the F.B.I. with multiple "members" to obstruct justice in the Federal crimes committed by their members, which Plaintiff has investigated around the Country, and in Foreign Countries, which Defendants are desperately attempting to obstruct with further alleged violations of Federal law, prompting this complaint and request for injunctive relief. Defendant Allison Ruston-Smith and Ian James Ruston are listed suspects in the handwritten notes of the F.B.I. which are being suppressed to this filing, to cover up their actions listed in paragraph twenty one. Jeff Elmore, who has aided and abetted the Defendants, is a listed suspect in the conspiracy to stalk and attempt to murder the Plaintiff, which is ongoing to this filing. Corrupt Federal officials are attempting to commit battery, to cover up the perjured arrest affidavit and denial of all Constitutional rights that a reasonable person should know, which is public record in **IN RE RUSTON 05-11803 5TH CIRCUIT JAN. 2006**, which Plaintiff re-asserts and fully incorporates as if fully set forth below.

Denial of Due Process:

26. The actions of the Defendants have resulted in the complete denial of due process rights in various Courts that any reasonable person should have known as a direct result of the willful and wanton acts of the Defendants in this complaint, see **Harlow v. Fitzgerald**, 457 U.S. 800, 102 S.Ct. 2727, 73 L.Ed 396.

**Petition for a Preliminary Injunction:**

27. The actions of the Defendants are currently being used by corrupt Federal officials as "evidence", to violate Plaintiff's clearly established statutory and constitutional rights. When these conditions exist, the Supreme Court has clearly ruled that a Preliminary Injunction is appropriate in the matter **Lewis v. Casey**, 518 U.S. 343 (1996). Defendants are again, attempting to "poison" the Plaintiff, and to discredit Plaintiff for his reports to various Courts around the Country, the House and Senate Judiciary Committees, and most notably, the Media, pursuant to this 1st Amendment protected rights, which the Defendants are attempting to impede, again.

Claims for Relief:

28. Plaintiff's claims for relief are based on the alleged violation of Federal and State laws by the Defendants, and the violation of clearly established statutory and constitutional rights that any reasonable person should have known. The Defendants have acted in reckless disregard for these rights, and will continue if the Court does not grant the relief requested.

Wherefore, premises considered, Plaintiff does request the following relief:

A. That the Court issue a declaratory judgment stating that:

1. The actions of the Defendants violated State of Texas and Federal laws which were clearly in place at all times during the allegations alleged herein.

2. The actions of the Defendants violated clearly established statutory and constitutional rights that a reasonable person should have known.

B. Issue an injunction ordering the Defendants to cease and desist the filing of any further paperwork with any Judge or Court, State or Federal, without the matter first being reviewed by this Honorable Court and investigated by "agents" of this Honorable Court, coordinated with the Honorable Judge Urbina of the D.C. District and the Central Intelligence Agency, due to the allegations of "treason", Title 18 U.S.C. § 2381.

C. Issue an injunction ordering the Defendants not to come within 100 feet of the Plaintiff, nor any "agents" of the Defendants to come within 100 feet of the Plaintiff, and that after trial, said "order" will be a permanent restraining order.

D. Issue an "order" that all Federal officials involved be investigated, pursuant to Title 28 U.S.C. §§ 526 and 535.

E. Award compensatory damages to include all costs associated with this litigation, including attorneys fees, court costs, and fees for private investigators to gather evidence suppressed by the Defendants.

F. Award punitive damges in the amount of $ 500,000,000.00 (five hundred million) as only the strongest message from this Honorable Court will curtail the Defendants from continuing to engage in this insane and criminal behavior, and will damage their financial ability to engage in this insane and criminal behavior. Further, Plaintiff intends on leaving the Country to prevent any further acts of stalking and attempted murder, and must employ bodyguards for the rest of his life, and Defendants should bear

this cost.

G. Grant such further relief as the Court may deem fair and equitable and a jury trial on all issues triable by jury.

Dated 6-12-06

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 9000
Seagoville, Texas 75159

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 19th day of June, 2006, by regular U.S. Mail. Copies have been retained for Plaintiff's records. Plaintiff is an indigent inmate, civil detainee, provides proof thereof, and does request assistance with service as such, pursuant to the Fed.R.Civ.P.

Les J. Ruston

## AFFIDAVIT

My name is Lester Jon Ruston. Affiant is over the age of 18 and is competent to make the following declaration, under oath of law, pursuant to Rule 65 Fed.R.Civ.P. All allegations of "fact" contained in this complaint are true and correct, to the best of Affiant's knowledge, and all records cited, sworn to under penalty of law with Affiant's signature affixed, pursuant to Title 28 U.S.C. § 1746. Further, Affiant sayeth naught:

Dated 6-12-06                                                                 _____ Declarant
                                                                              Lester Jon Ruston