UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

LESTER JON RUSTON, §

    Plaintiff, §

vs. § Civil Action No. 2:06-CV-526-DB

CHURCH OF JESUS CHRIST OF LATTER DAY §
SAINTS, "THE MORMONS",
§

    Defendants,

FILED
U.S. DISTRICT COURT
2006 JUL 13 P 1: 26
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

EMERGENCY MOTION TO COMPEL RELIEF 18 U.S.C. § 3771 & 3521

    Comes now, Plaintiff, Lester Jon Ruston, and files this, his Emergency Motion to Compel Relief, pursuant to 18 U.S.C. §§ 3771 and 3521, and would show the Honorable Court as follows:

I.

    Plaintiff has statutory rights, pursuant to 18 U.S.C. §§ 3771 and 3521 that the Defendant's have conspired to deny, repeatedly, which gives rise to this litigation. Further, the Defendant's have conspired to suppress the telephone records of Defendant Allison Ruston- Smith, since 1998, when she engaged in a conspiracy with the Defendants to violate 18 U.S.C. §§ 241 and 242 with multiple co-conspirators, most notably the Carrollton, Texas Police Department and the District Attorney of Dallas County. She has also conspired with the United States Attorney of the Northern District of Texas, Dallas Division, on record, as clearly articulated in this complaint, to repeatedly violate the constitutional and civil rights of the Plaintiff in this matter. All of the Plaintiff's legal efforts to obtain relief have been denied by Judicial and Prosecutorial Misconduct (see Ruston v. Justice Department, 06-0224 RMU and Ruston v. Riggs, 06-0782 RMU D.C. District Court). The Court's have clearly ruled that a Plaintiff is accorded rights to protection, pursuant to 18 U.S.C. § 3521, which the Defendants have conspired to deny Plaintiff, repeatedly. Plaintiff therefore moves this Honorable Court to "order" the Defendants and their co-conspirators, the United States Attorney's Office of the Northern District of Texas, Dallas Division and District Attorney of Dallas County

Texas to provide the suppressed evidence of all Federal Crimes perpetrated against the Plaintiff, most notably, all records of the African-American male, N.C.I.C., investigative, prosecutorial, etc., including Court records to the Plaintiff instanter, pursuant to 18 U.S.C. § 3771. ¶ 25 of the original complaint.

Wherefore, premises considered, Plaintiff does file this Motion, and does request this Honorable Court Grant relief instanter, pursuant to 18 U.S.C. §§ 3771 and 3521, pursuant to the Supreme Court's holding in **Harlow v. Fitzgerald, 457 U.S. 800.**

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 9000
Seagoville, Texas 75159

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 13th day of July, 2006, by regular U.S. Mail. Service has not been issued in this matter, so Plaintiff cannot conference with counsel for the Defendants. Plaintiff is an indigent detainee, and would respectfully request assistance with service as such and that the "order" be served upon the two co-conspirators of the Defendants at the addresses listed below, pursuant to 28 U.S.C. § 1915 and the Fed.R. Civ.Pro.

Lester Jon Ruston

Bill Hill
Criminal District Attorney of Dallas County
133 N. Industrial Blvd. LB 19
Dallas, Texas 75207

Richard Roper
United States Attorney
1100 Commerce Street #300
Dallas, Texas 75242

Allison Ruston-Smith
2031 Greenwood
Carrollton, Texas 75006

Name: Les J. Ruston
Reg. No. 26834-177
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000

* legal mail
re: 2:06-CV-526-DB

United States District Court
Attn. Clerk of the Court
350 South Main Street
Salt Lake City, Utah 84101

DALLAS TX 752
10 JUL 2006 PM 7 T