UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| LESTER JON RUSTON, | § | FILED<br>U.S. DISTRICT COURT |
| Plaintiff, | § | 2006 JUL 17 P 2: 24 |
| vs. | § | Civil Action No. 2:06-CV-526-DB |
| CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, "THE MORMONS", | § | BY:_____<br>DEPUTY CLERK |
| | § | |
| Defendants, | | |

AMENDMENT AND SUPPLEMENTATION TO COMPLAINT

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Amendment and Supplementation to his original complaint, pursuant to Rule 15 Federal Rules of Civil Prodedure, and would add the following allegations of "fact":

I.

The Defendants are extra judicial sources that have influenced judicial officers around the United States in all matters involving the Plaintiff. Said "act" violates 28 U.S.C. § 455. Proof of said "facts" are contained in the matter Ruston v. United States of America, 3:06-CV-238-L/G in the Northern District of Texas, Dallas Division. This matter originated in Washington, D.C. as Ruston v. Secret Service, 06-0040 before the Honorable Colleen Kollar-Kotelly, whom ordered this matter "transferred", pursuant to 28 U.S.C. § 1406. In retaliation for this filing, and others, the Defendants have allegedly influenced judicial officer A. Joe Fish to dismiss this matter by wanton acts of fraud, and judicial misconduct on July 7, 2006, when this matter was assigned to the Honorable Sam Lindsay on April 27, 2006, following the recusal of Jane J. Boyle for abuse of discretion. Plaintiff reasserts and fully incorporates all allegations of "fact" contained in this matter as if fully set forth below. The Defendants continue to commit "witness tampering", in alleged violation of 18 U.S.C. § 1512, and have "bribed" Plaintiff's son to not testify against them, in alleged violation of 18 U.S.C. § 1510. Said bribes are a matter of Social Security records from Trans-Tech Services and Rolland Safe Company, last known address 3130 Towerwood, Farmers Branch, Texas, and have been reported to Chief Jim Fawcett of the Farmers Branch Police De-

partment. Said "facts" support the request for a Preliminary Injunction, as also requested in Ruston v. Riggs, 06-0782 RMU D.C. District Court, before the Honorable Ricardo M. Urbina. Plaintiff has moved for Default Judgment in this matter, as the Defendant, Barbara S. Riggs, Deputy Director of the Secret Service, did not answer this complaint despite an extension of time from the Court.

Wherefore, premises considered, Plaintiff, Lester Jon Ruston, does file this, his Amendment and Supplementation, pursuant to Rule 15, Fed.R.Civ.P., and would move this Honorable Court to take judicial notice, and incorporate this into the Defendants service, along with a request for the Defendant's to answer to these allegations of "fact", which are now "public record" in both Kansas City, Dallas and Washington, D.C.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 9000
Seagoville, Texas 75159

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 14th day of July, 2006, by regular U.S. Mail. The Court has not issued service at this time, so Plaintiff cannot "conference" with Defendants on this matter, and does request assistance with service as an indigent detainee, pursuant to 28 U.S.C. § 1915 and the Fed.R.Civ.P.

Les J. Ruston    a.k.a. "The Bruce"

Name: Les J. Boston
Reg. No. 26834-177
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000

★ Legal Mail

DALLAS TX 752
12 JUL 2006 PM 2 T

United States District Court
Attn. Clerk of the Court
350 S. Main Street
Salt Lake City, Utah 84101