IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
2006 JUL 20  A 10: 12
DISTRICT OF UTAH
BY: _____
     DEPUTY CLERK

| | |
|---|---|
| LESTER JON RUSTON, <br><br> Plaintiff, <br><br> vs. <br><br> CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, et al., <br><br> Defendants. | ORDER OF REFERENCE <br><br> Civil No. 2:06-CV-526 DB |

IT IS ORDERED that, as authorized by 28 U.S.C. § 636(b)(1)(B) and the rules of this Court, the above entitled case is referred to Magistrate Judge Nuffer. The magistrate judge is directed to manage the case, receive all motions, hear oral arguments, conduct evidentiary hearings as deemed appropriate, and to submit to the undersigned judge a report and recommendation for the proper resolution of dispositive matters presented.

DATED this 19th day of July, 2006.

BY THE COURT:

*[signature]*

DEE BENSON
United States District Judge