UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| LESTER JON RUSTON, | § | FILED<br>U.S. DISTRICT COURT |
| Plaintiff, | § | 2006 SEP 11  P 2: 10 |
| vs. | § | Civil Action No. 2:06-CV-526-DB |
| CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, ET AL "THE MORMONS" | § | |
| Defendant's, | § | |
| | § | |

## MOTION FOR DEFAULT JUDGMENT

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Motion for Default Judgment, and would show the Honorable Court as follows:

I.

On or about June 29, 2006 this matter was opened and Plaintiff was allowed to proceed, pursuant to 28 U.S.C. § 1915. The Defendant's have not filed an answer to this complaint to this date, September 6, 2006, and have not served Plaintiff with any request for an enlargement of time in which to answer this complaint, to date. Pursuant to Rule 55 Fed.R.Civ.P., Plaintiff asserts he is entitled to judgment by default.

Wherefore, premises considered, Plaintiff, Lester Jon Ruston, does file this, his Motion for Default Judgment, and does move this Honorable Court to Grant this motion, and issue a Default Judgment against the Defendant's, and to Grant all relief requested in this complaint, pursuant to Rule 55 Fed.R.Civ.P.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 9000
Seagoville, Texas 75159

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 11th day of September, 2006, "judgment day", by regular U.S. Mail.

Les J. Ruston