IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

LESTER JON RUSTON, §

V. § CIVIL ACTION NO. 2:06-CV-526-DB

THE MORMONS, ET AL. §

### AFFIDAVIT OF LESTER JON RUSTON

My name is Lester Jon Ruston. Affiant is over the age of 18 and is competent to make the following declaration, under oath of law. Affiant is the plaintiff in the above numbered and styled cause of action.

The defendant's have failed to timely answer this complaint. Affiant asserts his belief that he is entitled to judgment by default, pursuant to Rule 55 Fed.R.Civ.P. The defendant's have not answered complaint as of September 6, 2006, due to the "fact" that all allegations contained in complaint are true, and that defendant's have no "defense" to these claims.

Further, since this matter was filed, plaintiff has been "retaliated" against by the staff of B.O.P., and federal employees acting under "color of law", pursuant to 42 U.S.C. §§ 1983 and 1985, and have threatened plaintiff with assault and murder.

Said threat is "public record" in Ruston v. Brown, 4:06-CV-351 Eastern District of Texas, Sherman Division, which are persons whom have "conspired" with the defendant's, on public record. Said actions may violate 18 U.S.C. § 1513, for which Affiant has sought relief in this action, and does request judicial notice of.

All allegations of "fact" contained herein are true and correct to the best of my knowledge and State and Federal records, sworn to under penalty of perjury with Affiant's signature affixed, pursuant to 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Dated: 9-6-06

Lester Jon Ruston-Declarant

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 11th day of September, 2006, by regular U.S. Mail, in support of Motion for Default Judgment.

Lester Jon Ruston