Matthew K. Richards (#7972)
Justin W Starr (#10708)
KIRTON & McCONKIE
60 East South Temple, #1800
P.O. Box 45120
Salt Lake City, Utah 84111
Telephone:  (801) 328-3600
Facsimile:  (801) 321-4893

   Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| LESTER JON RUSTON,<br><br>        Plaintiff,<br><br>v.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; GORDON B. HINCKLEY; VICTOR JAMES RUSTON; MARGARET ELIZABETH RUSTON; JERRY HENDERSON; ALLISON RUSTON-SMITH; MEL CHADWICK; KENT ROBERTSON; IAN JAMES RUSTON; BRAD OATES; AND LARRY K. HERCULES,<br><br>        Defendants. | **NOTICE OF APPEARANCE**<br><br>Case No.:  2:06cv00526DB<br><br>Judge Benson |

    PLEASE TAKE NOTICE that Matthew K. Richards, Justin W Starr and the law firm of

KIRTON & MCCONKIE hereby make their special appearance as counsel for Defendants The

Church of Jesus Christ of Latter-day Saints and Gordon B. Hinckley, in the above-entitled action

for the sole purpose of moving to dismiss the Complaint. Copies of all pleadings and papers filed in this action and served on the parties should be served on Mr. Richards or Mr. Starr at the address listed above.

    DATED this _15____ day of November, 2006.

                      **KIRTON & McCONKIE**

                      By:/s/_____
                          Matthew K. Richards
                          Justin W Starr
                          Attorneys for Defendants The Church of Jesus Christ of Latter-day Saints and Gordon B. Hinckley

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the _15___ day of November, 2006, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE** to be mailed to the following:

>Lester J. Ruston, Reg. No. 26834-177
>Federal Correctional Institution
>P.O. Box 9000
>Seagoville, TX 75159-9000

/s/ Debra Domenici_____

933099/01

3