Matthew K. Richards (#7972)
Justin W Starr (#10708)
KIRTON & McCONKIE
60 East South Temple, #1800
P.O. Box 45120
Salt Lake City, Utah 84111
Telephone:   (801) 328-3600
Facsimile:    (801) 321-4893

    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| LESTER JON RUSTON,<br><br>    Plaintiff,<br><br>v.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; GORDON B. HINCKLEY; VICTOR JAMES RUSTON; MARGARET ELIZABETH RUSTON; JERRY HENDERSON; ALLISON RUSTON-SMITH; MEL CHADWICK; KENT ROBERTSON; IAN JAMES RUSTON; BRAD OATES; AND LARRY K. HERCULES,<br><br>    Defendants. | **MOTION TO DISMISS**<br><br>Case No.:  2:06cv00526DB<br><br>Judge Benson |

    The undersigned submit this Motion to Dismiss on behalf of Defendants The Church of

Jesus Christ of Latter-day Saints, Gordon B. Hinckley, and any other defendant (if any) sued in

his or her capacity as an ecclesiastical leader in the LDS Church (the "Church Defendants").

The Church Defendants appear for the limited purpose of moving to dismiss the complaint.

Plaintiff's complaint should be dismissed under 28 U.S.C. § 1915(g) for failure to pay the filing

fee and under 28 U.S.C. § 1915(e) because it is frivolous and fails to state a claim.

DATED this __15____ day of November, 2006.

                            KIRTON & McCONKIE

                            /s/_____
                            Matthew K. Richards
                            Justin W Starr
                            Attorneys for The Church of Jesus Christ of Latter-day Saints and Gordon B. Hinckley

**CERTIFICATE OF SERVICE**

     I hereby certify that on the _15___ day of November, 2006, I caused a true and correct copy of the foregoing **MOTION TO DISMISS** to be mailed to the following:

>Lester J. Ruston, Reg. No. 26834-177
>Federal Correctional Institution
>P.O. Box 9000
>Seagoville, TX 75159-9000

                                          _/s/ Debra Domenici_____

933090/01