**EXHIBIT G**

Westlaw.

Not Reported in F.Supp.2d                                                                                      Page 1
Not Reported in F.Supp.2d, 2004 WL 2293861 (N.D.Tex.)
**(Cite as: Not Reported in F.Supp.2d)**

Briefs and Other Related Documents
Ruston v. Dallas County, TexasN.D.Tex.,2004.Only the Westlaw citation is currently available.
United States District Court,N.D. Texas, Dallas Division.
Lester Jon RUSTON, Plaintiff,
v.
DALLAS COUNTY, TEXAS, et al. Defendant.
**No. Civ.A.3:04 CV 1660 R.**

Sept. 29, 2004.

Lester Jon Ruston, Dallas, TX, pro se.

*ORDER*
BUCHMEYER, Senior J.
*1 After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), this Court is of the opinion that the Findings and Recommendation of the United States Magistrate Judge Jeff Kaplan (filed August 19, 2004) are correct, and they are hereby ADOPTED as the Findings of this Court. Plaintiff's Objections to Findings and Recommendations (filed August 27, 2004) have been considered by this Court and are hereby DENIED. The initial Order regarding this matter that was issued by this Court on August 24, 2004 is hereby VACATED.

Accordingly, Plaintiff's application to proceed *in forma pauperis* is denied. Plaintiff is hereby ordered to pay the $150.00 statutory filing fee within 30 days. If Plaintiff fails to do so, the case shall be dismissed without further notice.

It is so ORDERED.

N.D.Tex.,2004.
Ruston v. Dallas County, Texas
Not Reported in F.Supp.2d, 2004 WL 2293861

(N.D.Tex.)

Briefs and Other Related Documents (Back to top)

• 3:04cv01660 (Docket) (Jul. 30, 2004)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.