IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LESTER JON RUSTON,<br>    PLAINTIFF,<br>VS.<br>CHURCH OF JESUS CHRIST<br>OF LATTER DAY SAINTS,<br>    DEFENDANTS,<br>SUED IN THEIR OFFICIAL CAPACITY | SUMMONS<br><br>CIVIL ACTION 2:06-CV-526-DB |

TO THE ABOVE NAMED DEFENDANTS:

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON PLAINTIFF, WHOSE ADDRESS IS P.O. BOX 9000, SEAGOVILLE, TEXAS 75159 AN ANSWER TO THE COMPLAINT, WHICH IS HEREWITH SERVED UPON YOU, WITHIN 20 DAYS AFTER SERVICE OF THIS SUMMONS.

IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.


CLERK OF THE COURT


DATE: _____