Ruston v. Church of Jesus Christ of Latter Day Saints et al — Doc. 17 Att. 1
Case 2:06-cv-00526-DB-DN   Document 17-2   Filed 12/20/2006   Page 1 of 3
Federal Bureau of Prisons — Page 1 of 1





**Inmate Locator**

- Inmate Locator
- Visiting - General Info
  - Visiting Hours
  - Who Can Visit?
  - Background Checks
  - Business Visits
  - Special Circumstances
  - Visiting Room Procedures
  - Conjugal Visits
- Locate Inmates Released Before 1982
- Who is a "Federal" Inmate?

Printer Friendly Version

**Related Documents**

- Admission & Orientation Program
- Inmate Legal Activities Policy
- Release of Information Policy
- Telephone Regulations
- Victim & Witness Notification Program
- Visiting Regulations
- Visitor Information Form

## Differences between Federal, state, & local inmates

Only persons convicted of violating Federal laws (that is, laws of the United States) are sent to Federal prisons. Some individuals awaiting trial for violating Federal laws are also held in Federal prisons. While the Federal Bureau of Prisons (Bureau) does house a few state inmates, most inmates convicted of violating state or local laws are sent to state prisons or city or county jails.

The Bureau does not have any information on non-Federal inmates. However, most states have their own locator systems. Contact the department of corrections for the state in question for further information.

Please note: It is possible that a record may exist for an individual who was in BOP custody but never served a federal sentence of incarceration (e.g., a person was detained pre-trial but criminal charges were dismissed, held as a material witness, or held for civil contempt).

...........................................................................................................
Home | About | Inmate Locator | Prison Facilities | Careers
Inmate Matters | Policy / Forms | Doing Business | News / Information

**Accessibility | Browser Requirements | Disclaimer | Privacy Policy | Search | Site Map**



### Prison Facilities

# MCFP Springfield

- Facility Locator
- Address Directory
- Prison Types/General Info.
- Community Corrections
- Maps of Facilities by Region
  - Mid-Atlantic Region
  - North Central Region
  - Northeast Region
  - South Central Region
  - Southeast Region
  - Western Region
- Weekly Population Report

Printer Friendly Version

**Facility Type Abbreviations**

| | |
|---|---|
| CCM | Community Corrections Management Office |
| CI | Correctional Institution* |
| CO | Central Office |
| DC | Detention Center* |
| FCC | Federal Correctional Complex |
| FCI | Federal Correctional Institution |
| FDC | Federal Detention Center |
| FMC | Federal Medical Center |
| FPC | Federal Prison Camp |
| FTC | Federal Transfer Center |
| MCC | Metropolitan Correctional Center |
| MCFP | Medical Center for Federal Prisoners |
| MDC | Metropolitan Detention Center |
| RO | Regional Office |
| USP | U.S. Penitentiary |

*Private Facilities*

The U.S. Medical Center for Federal Prisoners (MCFP) in Springfield, Missouri, is an administrative facility that provides medical, mental health, and dental services to male offenders.

MCFP Springfield is located at the corner of Sunshine Street and Kansas Expressway in Springfield.

**Judicial District**: Western Missouri




**MCFP Springfield Contact Information**


**MCFP Springfield Visiting Regulations**  Type: PDF  Size: 148 KB

**MCFP Springfield Regulaciones de Visitas**  Type: PDF  Size: 151 KB

Home | About | Inmate Locator | Prison Facilities | Careers
Inmate Matters | Policy / Forms | Doing Business | News / Information

Accessibility | Browser Requirements | Disclaimer | Privacy Policy | Search | Site Map