UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| LESTER JON RUSTON, | § | |
| Plaintiff, | § | FILED<br>U.S. DISTRICT COURT |
| vs. | § | Civil Action No. 2:06-CV-526-DB<br>2007 JAN -8 P 3:08 |
| CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, | § | DISTRICT OF UTAH |
| | § | BY:_____<br>DEPUTY CLERK |
| Defendants, | | |

MOTION TO COMPEL SERVICE

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Motion to Compel Service, and would show the Honorable Court as follows:

I.

On or about 6/30/06, the Court granted Plaintiff's Motion to Proceed I.F.P. Pursuant to Rule 4(c)(2), Plaintiff does now move this Court to issue service to the Defendants with the U.S. Marshal's service.

Wherefore, premises considered, Plaintiff, Lester Jon Ruston, does file this, his Motion to Compel Service, pursuant to Rule 4(c)(2), and does move the Court to grant this motion, and to issue service of summons, pursuant to 28 U.S.C. § 1915.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 4000
Springfield, Missouri 65801 (temp address)

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 2nd day of January 2007 by placing such in the inmate mail box with first class postage affixed, pursuant to the Fed.R.Civ.P.

Les J. Ruston    a.k.a. "The Bruce"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

RECEIVED CLERK

JAN 0 8 2007

U.S. DISTRICT COURT

| | | |
|---|---|---|
| LESTER JON RUSTON, | § | |
| Plaintiff, | § | |
| vs. | § | SUMMONS |
| CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, ET AL. | § | |
| | § | CIVIL ACTION NO. 2:06-CV-526-DB |
| Defendants, Sued in their "official" capacity | § | |

TO THE ABOVE NAMED DEFENDANTS:

You are being sued. You are hereby summoned and required to serve upon Plaintiff, whose address is P.O. Box 9000, Seagoville, Texas 75159 an answer to the complaint, which is herewith served upon you, within 20 days after service of this summons.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court                    Date: _____