IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LESTER JON RUSTON, | § |
| Plaintiff, | § |
| vs. | §   Civil Action No. 2:06-CV-526-DB |
| CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, ET AL. | § |
| | § |
| Defendants, | § |
| | § |

FILED U.S. DISTRICT COURT
2007 JAN 16  P 1: 22
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

## MOTION FOR APPOINTMENT OF COUNSEL

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Motion for Appointment of Counsel, and would show as follows:

I.

That the Plaintiff is indigent and was granted I.F.P. status in this matter. The Court has refused to issue service, for reasons unknown, despite Rule 4(c)(2) of the Fed.R.Civ.P. and 28 U.S.C. § 1915. Plaintiff asserts that he cannot afford counsel, pursuant to 28 U.S.C. § 1915(e)(1), and that he does need counsel to effect service properly upon the Defendants, and assist in gaining immediate injunctive relief. The Defendants continue to engage in acts of "witness tampering" with the U.S. Attorney of the N.D. Texas, Dallas Division, in furtherance of R.I.C.O. Racketeering Acts (see Exhibit A attached-7 pages), which clearly shows the U.S. Attorney has engaged in "fraud" to cover up the alleged civil and constitutional deprivations by the Defendants. When these conditions exist, the Courts have ruled the appointment of counsel is appropriate in <u>Moore v. Mabus</u>, 976 F.2d 268 (5th Cir. 1992).

II.

Defendant, Allison Ruston-Smith has conspired to commit kidnapping, bribery, torture, witness tampering with Dallas County, which is "public record" in Ruston v. Dallas County, et al. 3:06-CV-1582-M N.D. Tex., Dallas Division, a related civil matter. Defendants Smith and Margaret Ruston committed fraud in

-1-

2001, as alleged in this complaint, and continue to engage in attempts to have Plaintiff harmed, while in illegal custody. When these conditions exist, the Courts have ruled the appointment of counsel is appropriate in Montgomery v. Pinchak, 294 F.3d 492, 499 (3rd Cr. 2000).

III.

Plaintiff has attempted to obtain pro-bono counsel, Jamie Zenger, Federal Public Defender, Center for Constitutional Rights and the ACLU to assist, without success. When these conditions exist, and Plaintiff is in danger, the courts have ruled appointment of counsel is appropriate in Zarnes v. Rhodes, 64 F.3d 285 (7th Cir. 1995).

Wherefore, premises considered, Plaintiff, Lester Jon Ruston, does file this, his Motion to Appoint Counsel, and does move the Court to Grant this motion for all reasons alleged herein, and in attached Exhibit A.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 4000
Springfield, Missouri 65801

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on January 10, 2007, by placing such in the inmate mail box with first class postage affixed, pursuant to the Fed.R.Civ.P. Defendants claim no service has issued, therefore he will not serve them a copy, until the issue is decided and Plaintiff is noticed properly.

Lester Jon Ruston

# United States Court of Appeals
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 24, 2006

Mr Lester Jon Ruston
Federal Correctional Institution
Seagoville
#26834-177
2113 N Highway 175
PO Box 9000
Seagoville, TX 75159

      No. 06-11216 USA v. Ruston
      USDC No.  3:04-CR-191-ALL

We have docketed your appeal.

The district court advises no judgment and commitment order has been entered. We will set no deadlines at this time. When we are notified the judgment and commitment order is filed we will advise you when your transcript order, etc. will be due at this court.

                  Sincerely,

                  CHARLES R. FULBRUGE III, Clerk

                  By: _____
                  Mary Frances Noveh
                  Case Management Clerk
                  504-310-7686

cc:  Ms Susan B Cowger
     Mr Mick Mickelsen

P.S. to Mr. Mickelsen: We have removed your name from the docket. You will receive no further correspondence, etc. in light of district court's order withdrawing you from the case.

DKT-8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT 1 6 2006

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. 3:04-CR-191-G |
| § | |
| LESTER JON RUSTON § | |

## ORDER

On this the 12th day of October, 2006 came on to be heard the above styled and numbered cause for trial. After due consideration of the joint stipulation of facts filed by the government and the defendant as well as arguments offered by counsel, the Court finds the defendant not guilty by reason of insanity.

**IT IS THEREFORE ORDERED** that Defendant be committed to the custody of the Attorney General for placement in a suitable facility and that a psychiatric or psychological examination of the defendant be conducted.

**IT IS FURTHER ORDERED** that a psychiatric or psychological report be filed with the court pursuant to 18 U.S.C. § 4247(b) and (c) no later than 35 days from the date of this order. The United States Marshal shall transport the defendant to the designated facility at such time as may be expedient for the execution of this order.

**IT IS FURTHER ORDERED** that this case is reset for a hearing pursuant to 18

U.S.C. § 4243(c) on the **30** day of **November**, 2006 at **9:30** (am)/pm.

Signed this **16** day of **October**, 2006.

**EXHIBIT A RUSTON V. MORMONS**
**2:06-CV-526-DB PAGE 3 OF 7**

_____
A. JOE FISH
CHIEF UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

**U.S. Department of Justice**

United States Attorney
Northern District of Texas

1100 Commerce St., 3rd Fl.        Telephone (214)659-8600
Dallas, Texas 75242-1699          Fax (214)767-2846

November 14, 2006

Lester Jon Ruston
Reg. No. 25834-177
FCI - Seagoville
P.O. Box 9000
Seagoville, TX 75159

    Re:    United States v. Lester Jon Ruston
             Appeal No. 06-11216

Dear Mr. Ruston:

Assistant United States Attorney Susan Cowger is the attorney of record for the government in the above-referenced appeal. All mail and any inquiries about the above-referenced appeal should be directed to her.

Sincerely,

RICHARD B. ROPER
United States Attorney

*Sue Pafford*

SUE N. PAFFORD
Legal Assistant

**U.S. Department of Justice**

United States Attorney
Northern District of Texas

1100 Commerce St., 3rd Fl.  Telephone (214)659-8600
Dallas, Texas 75242-1699    Fax (214)767-2846

December 20, 2006

Tom Rodwig
United States Court of Appeals
  for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

*[handwritten: MORMON FRAUD! CULT OF LIARS]*

Re:  U.S. v. Lester Ruston
     Appeal No. 06-11316  *[handwritten: — FRAUD    FRAUD]*

Tom:

It appears that Lester Ruston is appealing the denial of a pro se motion. The district court denied his motion without participation from our office.

Under these circumstances, please be advised that this office will not be entering an appearance in this case. However, if the Court of Appeals requests a response from the Government, I will certainly enter an appearance and comply with the Court's request.

RICHARD B. ROPER
United States Attorney

*[signature]*

SUSAN COWGER
Assistant United States Attorney

cc:  Lester Ruston
     Reg. No. 26834-177
     Medical Center for Federal Prisoners
     P.O. Box 4000
     Springfield, MO 65801-4000

# United States District Court
## Northern District of Texas
## Office of the Clerk

Dallas Division
1100 Commerce Room 1452
Dallas, TX 75242-1003

Oct 26, 2006

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

SUBJECT:   3:04-cr-00191 Lester Jon Ruston

Dear Mr. Fulbruge:

In connection with the appeal cited above, the following documents are transmitted:

- [X] Certified copy of the notice of appeal and docket entries
- [ ] Certified copy of the notice of cross-appeal and docket entries
- [ ] Record on appeal consisting of   #   volume(s) of the record:

    _____ Volume(s) of the transcript            _____ PSI and SOR page Sealed

    _____ Container(s) of exhibits               _____ Sealed envelopes

ORIGINAL DOCUMENT(S) ENCLOSED--RETURN TO DISTRICT COURT

- [ ] Supplemental record, including updated docket entries
- [ ] Copy of CJA-20 appointing counsel
- [ ] Other: {Please Specify}

In regard to the notice of appeal, the following additional information is furnished:

- [ ] The Court of Appeals docket fee  { }  been paid
- [X] The case is proceeding *in forma pauperis*
- [ ] Fee has been requested
- [ ] A motion to proceed *in forma pauperis* on appeal is currently pending in district court.
- [X] The District Judge entering the final judgment is:   **Judge A. Joe Fish**
- [X] Court proceedings were held in this case: the court reporter assigned to this case is:

    **Cass Casey**

- [ ] Names of co-defendants if any, and any pending appeals: {co-defendants}
- [ ] This case was decided without a hearing, therefore there will be no transcript
- [ ] UPS Tracking #: {Number}

Sincerely,
KAREN MITCHELL
Clerk of Court

By: s/ S VanCamp
_____
Deputy Clerk

cc:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
NOV - 9 2006
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:04-CR-191-G |
| LESTER JOHN RUSTON,<br>Defendant. | ) ) ) ) | |

## RECOMMENDATION REGARDING MOTION TO WAIVE COUNSEL AND PROCEED IN FORMA PAUPERIS ON APPEAL

Before the court is Plaintiff's Motion for Leave to waive counsel and to proceed *in forma pauperis* on Appeal. The Court recommends that the motion to waive counsel be GRANTED. Further, the motion for leave to proceed *in forma pauperis* on appeal should be GRANTED. 28 U.S.C. § 1915.

DATE: November 8, 2006

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## ORDER REGARDING MOTION TO WAIVE COUNSEL AND TO PROCEED IN FORMA PAUPERIS ON APPEAL

The Court has reviewed the recommendation of the United States Magistrate Judge. The motion to waive counsel on appeal is GRANTED. Further, the motion for leave to proceed *in forma pauperis* on appeal is GRANTED. 28 U.S.C. § 1915.

SO ORDERED this ___9___ day of __November__, 2006.

_____
A. JOE FISH
UNITED STATES DISTRICT JUDGE