UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

FILED
U.S. DISTRICT COURT

2007 MAY 11 A 11: 48

DISTRICT OF UTAH
BY
DEPUTY CLERK

LESTER JON RUSTON,            §

     Plaintiff,             §

vs.                           §    Civil Action No. 2:06-CV-526 DB

CHURCH OF JESUS CHRIST OF LATTER-   §
DAY SAINTS, et al.
                       §

     Defendants,            §

                       §

OMNIBUS MOTION TO AMEND COMPLAINT/CHANGE OF ADDRESS NOTICE

Comes now, Plaintiff, Lester Jon Ruston, and files this, his
Omnibus Motion to Amend Complaint, pursuant to Rule 15 Fed.Rul.Civ.P.
and his Change of Address Notice, and would show this Honorable Court
as follows:

I.

Since the filing of this complaint, Defendants have conspired to
violate Texas Penal Code §'s 32.43, 32.46, 32.47, 20.02, 36.06 and
Chapter 31 Texas Penal Code "Witness Tampering", which is now "public
record" in Ruston v. Collin County, et al. 07-02829 in District Court
101st, Dallas County, Texas, which clearly shows cause why this Court
should issue injunctive relief against Defendants. Further, Defendants
did meet and conspire to incarcerate Plaintiff in a penitentiary,
despite the fact that he is not a convicted criminal, despite the Court's
holdings in Foucha v. Louisiana, 504 U.S. 71 (1992) and Jones v. Blanas,
393 F.3d 918 (9th Cir. 2004). Defendants have done so without statutory
authority, as held in McCann v. Cunningham, 315 F.Supp. 150 (DNH 2004),
despite the fact that Congress has forbidden this action in Lono v.
Fenton, 581 F.2d 645 (7th Cir. 1978). Further, Defendant's are conspiring
with the F.B.I. to deny Plaintiff access to information, in violation
of the Administrative Procedures Act, 5 U.S.C. § 701-706, which allows
Judicial Review, pursuant to the Court's holdings in Center for Auto
Safety v. Tieman, 414 F.Supp. 215 (D.C. Dist. 1976) and Seafarers Int'l.
Union v. United StatesCoast Guard, 736 F.2d 19 (2nd Cir. 1984). The
Defendant's claim this complaint has no merit, despite the Supreme
Court's holding in Davis v. United Stats, 417 U.S. 333-344-455 (1974).

-1-

II.

Defendants are conspiring with the Justice Department to punish Plaintiff, in retaliation for this civil action, despite the Supreme Court's holding in <u>Deshaney v. Winnebago County Dept. of Social Services</u>, 489 U.S. 189 (1989), due to their criminal insanity.

III.

Plaintiff's new address is P.O. Box 880, Ayer, Mass. 01432, 42 Patton Road, Devens, Mass. 01434 (978) 796-1000.

Wherefore, premises considered, Plaintiff, Lester Jon Ruston, does file this, his Omnibus Amendment to Complaint and Notice of Change of Address, pursuant to Rule 15 Fed.R.Civ.P., and does request Judicial Notice of such, pursuant to Rule 201 Fed.Rul.Evidence.

Respectfully Submitted,


Lester Jon Ruston #26834-177
P.O. Box 880
Ayer, Mass. 01432

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 7th day of May, 2007, by placing such in the inmate mail box with first class postage affixed, pursuant to the Fed.R.Civ.P. One copy was provided to Defendants at address listed below.


Lester Jon Ruston


Kirton & McConkie
Attn. Justin W. Starr
60 East South Temple #1800
Salt Lake City, Utah 84111

-2-

LES J. RUSTON #26834-172
FMC - DEVENS
P.O. Box 880
AYER, MASS.   01432

# LEGAL MAIL

CENTRAL MA 015
08 MAY 2007 PM 1 L

UNITED STATES DISTRICT COURT
ATTN. CLERK OF COURT
350 S. MAIN STREET
SALT LAKE CITY, UTAH   84101