IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LESTER JON RUSTON, | § |
| Plaintiff, | § |
| vs. | § Civil Action No. 2:06-CV-526 DB |
| CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al., | § |
| | § |
| Defendants, | § |
| | § |

FILED
U.S DISTRICT COURT
2007 JUL 25 D 1: 25
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

PLAINTIFF'S OMNIBUS MOTION FOR JOINDER OF ADDITIONAL PARTIES
SUPPLEMENTATION TO REQUEST FOR A TRO

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Omnibus Motion for Joinder of Additional Parties for Just Adjudication, pursuant to Rule 19(a) of the Fed.R.Civ.P. and his Supplementation to Request for a Temporary Restraining Order, and would show this Honorable Court as follows:

I.

Defendants have, and continue to, conspire with the State of Texas to violate Plaintiff's rights under the U.S. Constitution, which is "public record" in Ruston v. State of Texas, D-1-GN-07-001059 in District Court 201st, Travis County, Texas and Ruston v. Collin County, Texas et al., 07-02829 in District Court 101st, Dallas County, Texas. Pursuant to Rule 19(a), Plaintiff's moves the Court to add the State of Texas as Defendants in this matter, for just injunctive relief, and to obtain "discovery" of all suppressed and concealed "evidence", pursuant to Rules 26-34 of the Fed.R.Civ.P. Proposed Defendants State of Texas can be served with process by the U.S. Marshal's Service at 300 W. 15th Street, Austin, Texas 78701, Attn. Greg Abbott, Attorney General of Texas, pursuant to Rule 4 Fed.R.Civ.P., which Plaintiff moves the Court to do with this filing.

SUPPLEMENTATION TO REQUEST FOR A TEMPORARY RESTRAINING ORDER

This matter has been filed under 18 U.S.C. § 1964, the R.I.C.O. Racketeering Act. On the 18th day of June, 2007, Plaintiff made a filing against the Defendants. On the 27th day of June, 2007, upon information and belief, the Defendants did engage in another act of "witness tampering" with the Bureau of Prisons, who did then commit fraud, torture, abuse of process, and facially violated 28 CFR 541.22

-1-

by placing Plaintiff in Administrative Segregation, to impede his access to various Courts, despite the holdings of the Courts in <u>Allah v. Seiverling</u>, 229 F.3d 220 (3rd Cir. 2000) and <u>Hewitt v. Helms</u>, 459 U.S. 460 (1983). The Bureau of Prisons also gave Defendant Victor James Ruston the Plaintiff's address, to allow him to attempt "witness tampering" via the U.S. Mail. Further, the Defendants did openly conspire with B.O.P. staff to violate the Courts holding in <u>Bounds v. Smith</u>, 430 U.S. 817 (1977), by impeding Plaintiff's ability to act as a "jail house lawyer", when Plaintiff is not a convicted criminal and should not even be held in a prison, as clearly stated in Ruston v. Gonzalez, 4:07-CV-40135 NG D. Mass. Federal Court.

    The Defendants, upon information and belief, are also retaliating for Plaintiff's status a a freelance journalist and writer by attempting to censor his outgoing mail with the B.O.P., despite the Courts holding in <u>Bressman v. Farrier</u>, 825 F.Supp. 231 (N.D. Iowa 1993) and <u>Abu-Jamal v. Price</u>, 154 F.3d 128 (3rd Cir. 1998). Multiple media outlets have expressed interest in this matter, in particular CBS News and Time Magazine. B.O.P. has retaliated for Plaintiff's communications to both by falsifying documents to attempt to "punish" Plaintiff, despite his clear rights pursuant to the 1st Amendment to the U.S. Constitution, which the Defendants do not acknowledge, which is the reason for this complaint.

    Wherefore, premises considered, Plaintiff, Lester Jon Ruston, does file this, his Omnibus Motion for Joinder of Additional Parties for Just Adjudication, and Supplementation to Request for a Temporary Restraining Order, pursuant to Rules 19(a) and 65(a), respectively, and would move this Honorable Court to Grant this motion, and to take judicial notice of supplement, pursuant to Rule 201 of the Federal Rules of Evidence, and issue a TRO, as already requested in this case.

                                      Respectfully Submitted,

                                      Lester Jon Ruston #26834-177
                                      P.O. Box 879
                                      Ayer, Mass. 01432
                                      Plaintiff-Pro-Se

Case 2:06-cv-00526-DB-DN   Document 30   Filed 07/25/2007   Page 3 of 4

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 18th day of July, 2007, by placing such in the inmate mail box with first class postage affixed, pursuant to the Fed.R.Civ.P. One copy was provided to counsel for Defendants at address listed below by the same means on the same day.

_____
Les J. Ruston


Kirton & McConkie
Attn. Justin Starr
60 East South Temple #1800
Salt Lake City, Utah 84111

Lee J. Russell
A328534-177
FMC-Davis
P.O. Box 879
Ayer, Mass. 01432

Re: 2:06-cv-52608

* Legal Mail

U.S. District Court
Attn: Clerk of Court
350 S. Main St.
Salt Lake City, Utah 84101