Matthew K. Richards (#7972)
Justin W Starr (#10708)
KIRTON & McCONKIE
60 East South Temple, #1800
P.O. Box 45120
Salt Lake City, Utah 84111
Telephone: (801) 328-3600
Facsimile: (801) 321-4893

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| LESTER JON RUSTON,<br><br>Plaintiff,<br><br>v.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; GORDON B. HINCKLEY; VICTOR JAMES RUSTON; MARGARET ELIZABETH RUSTON; JERRY HENDERSON; ALLISON RUSTON-SMITH; MEL CHADWICK; KENT ROBERTSON; IAN JAMES RUSTON; BRAD OATES; AND LARRY K. HERCULES,<br><br>Defendants. | **CHURCH DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S OMNIBUS MOTION FOR JOINDER OF ADDITIONAL PARTIES SUPPLEMENTATION TO REQUEST FOR A TRO**<br><br>Case No.: 2:06cv00526DB<br><br>Judge Benson<br><br>Magistrate Judge Nuffer |

Defendants The Church of Jesus Christ of Latter-day Saints ("LDS Church" or "the Church"), Gordon B. Hinckley, and any other defendant (if any) sued in his or her capacity as an ecclesiastical leader in the LDS Church (the "Church Defendants"), through counsel, submit this Memorandum in Opposition to Plaintiff's Omnibus Motion for Joinder of Additional Parties.

## ARGUMENT

Plaintiff Lester Ruston filed his complaint in this matter on June 30, 2006. Notwithstanding Ruston's failure to serve the complaint on the Church Defendants, on November 15, 2006, the Church Defendants filed a motion to dismiss showing that Ruston's claims are barred by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915. Since that time Ruston has filed a flurry of frivolous motions, most of which are pending before the Court. Ruston's latest motion seeks to add the State of Texas as a defendant and requests that the court grant a motion for temporary restraining order. The Church Defendants have never received a motion for a temporary restraining order. The pending motion to dismiss is dispositive of all the issues in this case. Accordingly, the Church Defendants respectfully request that the Court grant its motion to dismiss Ruston's complaint.

DATED this 3rd day of August, 2007.

                                          KIRTON & McCONKIE

                                          _____
                                          Matthew K. Richards
                                          Justin W Starr
                                          Attorneys for The Church of Jesus Christ of Latter-day Saints and Gordon B. Hinckley

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2007, I caused a true and correct copy of the foregoing **MEMORANDUM IN OPPOSITION TO PLAINTIFF'S OMNIBUS MOTION FOR JOINDER OF ADDITIONAL PARTIES SUPPLEMENTATION TO REQUEST FOR A TRO** to be mailed to the following:

> Lester J. Ruston, No. 26834-177
> P.O. Box 880
> Ayer, Mass. 01432

*/s/ Delia Domenici*

978384