IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LESTER JON RUSTON,<br><br>         Plaintiff,<br><br>vs.<br><br>CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.,<br><br>         Defendants. | **ORDER**<br><br>Case No: 2:06-CV-526 DB<br><br>District Judge Dee Benson<br><br>Magistrate Judge David Nuffer |

Plaintiff Lester Jon Ruston has filed several motions that are currently pending before the court including three motions for leave to file an amended complaint,[1] a motion for service of process,[2] a motion for appointment of counsel,[3] a motion for joinder of additional parties,[4] and a petition for a writ of mandamus.[5] The court previously found that Ruston must prepay the entire filing fee in this case before he is allowed to proceed.[6] The court therefore denies Ruston's motions.

---

[1] Docket no. 14, filed December 7, 2006; docket no. 26, filed May 11, 2007; docket no. 28, filed June 22, 2007.

[2] Docket no. 18, filed January 8, 2007.

[3] Docket no. 19, filed January 16, 2007.

[4] Docket no. 30, filed July 25, 2007.

[5] Docket 32, filed August 6, 2007.

[6] Memorandum Decision and Order, docket no. 33, filed August 13, 2007.

## ORDER

Ruston must prepay the entire filing fee before this case can proceed.  Accordingly, the above-referenced motions are **DENIED.**

August 20, 2007.

BY THE COURT:

_____
David Nuffer
U.S. Magistrate Judge
